**Walter Christian MEYER, IV, Plaintiff—Appellant,**

v.

**QUALEX, INCORPORATED, Defendant—Appellee.**

No. 06–1544.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: March 12, 2007.

Walter Christian Meyer IV, Appellant Pro Se. John Keith Coates, Jr., Hunton & Williams, Raleigh, North Carolina; Wood Walter Lay, Hunton & Williams, Charlotte, North Carolina, for Appellee.

---

\* Gyawali abandoned his challenge to the denial of his application for relief under the Convention Against Torture.

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Christian Meyer IV appeals the district court's order denying his motion pursuant to Fed. R.App. P. 4(a)(5) for an extension of time to file a notice of appeal. We have reviewed the record and find the district court did not abuse its discretion in denying the motion. Accordingly, we affirm for the reasons stated by the district court. *See Meyer v. Qualex, Inc.*, No. 5:04–cv00005–FL (E.D.N.C. Apr. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*